IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WAYLON WIEST,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CHADRON, NEBRASKA; POLICE DEPARTMENT OF THE CITY OF CHADRON, NEBRASKA; and TIM LORDINO, in his official capacity as Chief of the Police Department of the City of Chadron, Nebraska, and individually,<br><br>    Defendants. | 8:15CV465<br><br>ORDER |

This matter is before the court on the plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2). Part of the motion form includes an affidavit regarding the plaintiff's financial status. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 30th day of December, 2015.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge